IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26-CV-00175-MOC-DCK

ERIC GARRISON,

              Plaintiff,

     v.

COSTCO WHOLESALE CORPORATION,

              Defendants.

**CERTIFICATION AND REPORT OF FED. R. CIV.P. 26(F) CONFERENCE AND DISCOVERY PLAN**

Pursuant to Fed. R. Civ. P. 26(f), the undersigned counsel for the Parties conducted a meeting on June 17, 2026 by telephone, to discuss case management issues and a proposed schedule for this case. A proposed Pretrial Order and Case Management Plan is attached hereto as **Exhibit A**.

The Parties do not request a conference with the Court before entry of a scheduling order. The Parties have also discussed the issue of consent to the jurisdiction of a U.S. Magistrate Judge and do not presently consent.

Respectfully submitted this 24th day of June 2026,

By: */s/ Lawrence D. Wooden*
    Lawrence D. Wooden
    North Carolina Bar No. 47199
    lawrence@hwlegalgroup.com
    HW Legal Group
    10130 Mallard Creek Road, Suite 300
    Charlotte, North Carolina  28262
    Telephone: (704) 665-5838
    Facsimile:  (704) 973-9380

    *Attorney for Plaintiff*
    *Eric Garrison*

By:   */s/ Andrew M. McKinley*
    Andrew M. Mckinley (admitted *pro hac vice*)
    amckinley@seyfarth.com
    Natalie A. Costero (admitted *pro hac vice*)
    ncostero@seyfarth.com
    SEYFARTH SHAW LLP
    1075 Peachtree Street, N.E., Suite 2500
    Atlanta, GA 30309-3958
    Telephone: (404) 885-1500
    Facsimile: (404) 892-7056

    Victoria S. Tolbert, Bar No. 32945
    vtolbert@seyfarth.com
    SEYFARTH SHAW LLP

300 S. Tryon Street, Suite 400
Charlotte, North Carolina  28202
Telephone:  (704) 925-6062
Facsimile:  (704) 559-2457

*Attorneys for Defendant*
*Costco Wholesale Corporation*

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:26-CV-00175-MOC-DCK

ERIC GARRISON,

        Plaintiff,

    v.

COSTCO WHOLESALE CORPORATION,

        Defendant.

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 24, 2026, I caused the foregoing document to be filed electronically with the Clerk of the Court via the CM/ECF system, send electronic notification of such filing upon all counsel of record, including:

Lawrence D. Wooden
North Carolina Bar No. 47199
HW Legal Group
10130 Mallard Creek Road, Suite 300
Charlotte, NC 28262
Email: lawrence@hwlegalgroup.com
*Attorney for Plaintiff*

*/s/ Andrew M. McKinley*

Andrew M. McKinley
Attorney For Defendant